ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 MAY 19 AM 11: 27
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| HORACE RICHARDS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 316-001 |
| ) | |
| STACEY N. STONE, Warden, ) | |
| ) | |
| Respondent. ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 17). Petitioner offers nothing to undermine the Magistrate Judge's conclusion that Petitioner has not met his burden to show the savings clause applies to allow him to proceed with a petition filed pursuant to 28 U.S.C. § 2241. Thus, the Court **OVERRULES** the objections.

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **GRANTS** Respondent's motion to dismiss the petition filed pursuant to § 2241 (doc. no. 12). Therefore, the Court **DISMISSES** and **CLOSES** this civil action.

SO ORDERED this 19th day of May, 2016, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE