# United States District Court
## Southern District of Georgia

HORACE RICHARDS,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV316-001

STACEY N. STONE, Warden,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on May 19, 2016, the Report and Recommendation of the Magistrate Judge is ADOTPED as the opinion of this Court. Therefore, the Respondent's motion to dismiss the petition is GRANTED, this action is DISMISSED and stands CLOSED.



| | |
|---|---|
| May 19, 2016 | Scott L. Poff |
| Date | Clerk |
| | (By) Deputy Clerk |

GAS Rev 10/1/03